COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Hercules Offshore, Inc. and The Hercules Offshore Drilling Company,
LLC v. Excell Crane & Hydraulics, Inc.

Appellate case number:   01-13-00817-CV

Trial court case number:   2009-49993

Trial court:                   133rd District Court of Harris County

Appellee Excell Crane & Hydraulics, Inc. has filed an Opposed Motion for Leave to Supplement Appellee Brief. Appellants Hercules Offshore, Inc. and The Hercules Offshore Drilling Company, LLC have filed a response. We GRANT the motion for leave to file the supplemental brief.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
☑ Acting individually    ☐ Acting for the Court

Date: October 7, 2014